PHENIX INS. CO. OF BROOKLYN, N. Y., v. LEONARD. (Circuit Court of Appeals, Seventh Circuit. October 7, 1902.) No. 879. In Error to the Circuit Court of the United States for the Northern Division of the Northern District of Illinois. D. J. Schuyler, for plaintiff in error. Myron H. Beach, for defendant in error. Before JENKINS, GROSSCUP, and BAKER, Circuit Judges.

PER CURIAM. The principal and controlling questions are the same as in Orient Ins. Co. v. Leonard (herewith decided) 120 Fed. 808. In that case, the former decision of this court in Leonard v. Orient Ins. Co., 48 C. C. A. 369, 109 Fed. 286, 54 L. R. A. 706, furnished the law of the case on the construction of the policy. Here it stands simply as a precedent; but it is one we are disposed to follow. A few of the minor questions made on the trial differ from those in the Orient Case. We have examined them carefully and find no error. The judgment is affirmed.

PHILADELPHIA & B. FACE BRICK CO. v. WARFORD et al. (Circuit Court of Appeals, First Circuit. April 30, 1903.) No. 467. Appeal from the District Court of the United States for the District of Massachusetts. Sherman L. Whipple and William R. Sears, for appellant. Eugene P. Carver and Edward E. Blodgett, for appellees. Before COLT, Circuit Judge, and ALDRICH, District Judge. Appeal dismissed, without costs; mandate to issue forthwith.

SAPPINGTON et al. v. FIRST NAT. BANK OF CINCINNATI et al. (Circuit Court of Appeals, Fourth Circuit. February 3, 1903.) No. 448. Petition for Revision of Proceedings of the District Court of the United States for the District of Maryland. William S. Bryan, Jr., for petitioners. John E. Semmes and Albert O. Ritchie, for respondents. Cause dismissed, with costs, on agreement of counsel.

SCOTT et al. v. CAREW et al. (Circuit Court of Appeals, Fifth Circuit. March 24, 1903.) No. 1,160. Appeal from the Circuit Court of the United States for the Southern District of Florida. Henry W. Anderson, Francis P. Fleming, and Francis P. Fleming, Jr., for appellants. Wm. Wade Hampton, E. R. Gunby, M. G. Gibbons, William Hunter, and H. Bisbee, for appellees. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. After a careful examination and consideration of the elaborate decisions of Mr. Secretary Noble, Mr. Secretary Smith, Mr. Secretary Bliss, and Judge Locke, all found in the transcript, and all adverse to the claims of the appellants, and a study of the very able briefs filed by eminent counsel, we are of opinion that the judge of the Circuit Court properly ruled in sustaining the demurrer to the complainants'. bill; and therefore the judgment appealed from is affirmed.